# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2082
LT Case No. 2023-015770-CODL

_____

LAURIE J. VARGAS,

Appellant,

v.

LORNA JEAN HAGSTROM,

Appellee.

_____

On appeal from the County Court for Volusia County.
Angela A. Dempsey, Judge.

Laurie J. Vargas, Deland, pro se.

Lorna Jean Hagstrom, Deland, pro se.

October 14, 2025

PER CURIAM.

AFFIRMED.

HARRIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____